Prepared By:
R. Bruce Evans (SBN 217098)
bevans@ssjlaw.com
Ryan M. Kroll (SBN 235204)
rkroll@ssjlaw.com
SOLOMON, SALTSMAN & JAMIESON
426 Culver Boulevard
Playa del Rey, CA 90293
(310) 822-9848
(310) 822-3512 fax

Attorneys for Plaintiffs

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 _X_
JS-2/JS-3 ___
Scan Only ___

# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT DINH and JVN TRADING COMPANY, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGE RIGISICH; MEX-FRESCO DEL MAR, a Nevada Limited Liability Company; JMS TRADING, a Nevada Limited Liability Company; ROOKIES, INC., a Nevada Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Docket No. 08-cv-0766-CJC-RNB<br><br>[PROPOSED] ORDER SETTING OUT FINAL JUDGMENT<br><br>F.R.C.P. 58 |

Having considered Plaintiffs Vincent Dinh and JVN Trading Company (collectively "Plaintiffs") Request for Entry of Final Judgment in a Separate Document pursuant to F.R.C.P. 58(d) and the Clerks Entry of Default, the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

---

[PROPOSED] ORDER SETTING OUT FINAL JUDGMENT

1. The Court DECLARES that default was entered against Defendants Serge Rigisich and Rookies, Inc. on November 19, 2008 and January 20, 2009, respectively.

2. The Court DECLARES that Defendants Serge Rigisich and Rookies, Inc. did not respond to Plaintiffs' Complaint.

3. The Court DECLARES that Defendants Serge Rigisich and Rookies, Inc. are not infants or incompetent persons.

4. The Court DECLARES that Defendants Serge Rigisich and Rookies, Inc. are not exempt under the Soldiers' and Sailors' Civil Relief Act of 1940.

5. The Court DECLARES that Defendants Serge Rigisich and Rookies, Inc. were served with Notice of Application for Entry of Default Judgment by the Court and all supporting documents on July 9, 2009.

6. The Court DECLARES that this Court entered a default judgment against Defendants Serge Rigisich and Rookies, Inc. on August 5, 2009.

7. The remaining Defendants Mex-Fresco Del Mar and JMS Trading have been voluntarily dismissed.

8. Plaintiffs' Request for Entry of Final Judgment in a Separate Document is GRANTED.

9. Defendants Serge Rigisich and Rookies, Inc. shall pay to Plaintiffs $98,521.50 in damages, which Plaintiffs Vincent Dinh and JVN Trading Company are entitled to as set forth in the Default Judgment Entered Against Defendants and further detailed in this Court's August 5, 2009 Civil Minutes.

///
///
///
///
///
///

10. Defendants Serge Rigish and Rookies, Inc. shall pay to Plaintiffs $5,540.86 in attorneys' fees, which Plaintiffs Vincent Dinh and JVN Trading Company are entitled to as set forth in the Default Judgment Entered Against Defendants and further detailed in this Court's August 5, 2009 Civil Minutes.

EXECUTED this __16th__ day of __November__, 20__09__.

APPROVED AS TO FORM:

_____
Honorable Cormac J. Carney

[PROPOSED] ORDER SETTING OUT FINAL JUDGMENT